IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CA 07 295ML

**Katherine Lagor and Timothy Lagor, Individually and as Parents, Guardians and Next Friends of Emily Grace Lagor, a Minor**

**Plaintiffs,**

**vs.**

**Eli Lilly and Company,**

**and**

**Dart Industries, Inc.**

**Defendants.**

**Civil Action No.1:06-CV-01967 (JDB)**

**DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: December 11, 2006

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

/s/ Emily J. Laird
Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Emily J. Laird, D.C. Bar No. 485890

SHOOK, HARDY & BACON, L.L.P
600 14TH Street, N.W., Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783 -8400
Fax: (202) 783-4211

and

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: 816/474-6550
Facsimile: 816/421-5547

**ATTORNEYS FOR DEFENDANT**
**ELI LILLY AND COMPANY**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of December, 2006, a true and accurate copy of the foregoing has been furnished by Electronic Mail to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiffs**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA 22102
**Attorneys for Dart Industries, Inc.**

/s/Emily J. Laird

**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**