CLOSED, JURY, TRANSFERRED, TYPE-B

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-01967-JDB**
**Internal Use Only**

LAGOR et al v. ELI LILLY AND COMPANY et al
Assigned to: Judge John D. Bates
Demand: $11,500,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 11/17/2006
Date Terminated: 06/18/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**KATHERINE LAGOR** represented by

**Aaron M. Levine**
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
AARON M. LEVINE & ASSOCIATES

1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TIMOTHY LAGOR**
*Individually and as Parents, Guardians and Next Friends of*

represented by **Aaron M. Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EMILY GRACE LAGOR**
*a minor*

represented by **Aaron M. Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon J. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renee Lynne Robinson-Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Jay Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ELI LILLY AND COMPANY** represented by **Michelle R. Mangrum**
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: (202) 783-4211
Email: mmangrum@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily J. Laird**
SHOOK HARDY & BACON, LLP
600 14th Street, NW
Suite 800
Washington, DC 20005
(202) 662-4877
Email: elaird@shb.com
*ATTORNEY TO BE NOTICED*

**John Chadwick Coots**
SHOOK, HARDY & BACON, L.L.P.
600 14th Street, NW
Suite 800
Washington, DC 20005-2004
(202) 783-8400
Fax: 202-783-4211
Email: jcoots@shb.com
*ATTORNEY TO BE NOTICED*

**Judith L. O'Grady**
SHOOK, HARDY & BACON, LLP
600 14th Street, NW
Suite 800
Washington, DC 20005
(202) 783-8400
Fax: (202) 783-4211
Email: jogrady@shb.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**DART INDUSTRIES, INC.**
*TERMINATED: 05/08/2007*
*formerly doing business as*
REXALL DRUG COMPANY, INC.
*TERMINATED: 05/08/2007*

represented by **John F. Anderson**
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, VA 22102
(703) 734-4356
Fax: (703) 448-6530

Email:
john.anderson@troutmansanders.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2006 | 1 | COMPLAINT against ELI LILLY AND COMPANY, DART INDUSTRIES, INC. ( Filing fee $ 350 receipt number 4616000273.)filed by KATHERINE LAGOR, TIMOTHY LAGOR, EMILY GRACE LAGOR. (Attachments: # 1 Civil Cover Sheet)(lc, ) (Entered: 11/20/2006) |
| 11/17/2006 | | Summons (2) Issued as to ELI LILLY AND COMPANY, DART INDUSTRIES, INC.. (lc, ) (Entered: 11/20/2006) |
| 11/21/2006 | 2 | NOTICE of Appearance by Aaron M. Levine on behalf of KATHERINE LAGOR, TIMOTHY LAGOR, EMILY GRACE LAGOR (Levine, Aaron) (Entered: 11/21/2006) |
| 11/21/2006 | 3 | NOTICE of Appearance by Brandon J. Levine on behalf of KATHERINE LAGOR, TIMOTHY LAGOR, EMILY GRACE LAGOR (Levine, Brandon) (Entered: 11/21/2006) |
| 11/21/2006 | 4 | NOTICE of Appearance by Renee Lynne Robinson-Meyer on behalf of KATHERINE LAGOR, TIMOTHY LAGOR, EMILY GRACE LAGOR (Robinson-Meyer, Renee) (Entered: 11/21/2006) |
| 11/21/2006 | 5 | NOTICE of Appearance by Steven Jay Lewis on behalf of KATHERINE LAGOR, TIMOTHY LAGOR, EMILY GRACE LAGOR (Lewis, Steven) (Entered: 11/21/2006) |
| 12/11/2006 | 6 | *Defendant Eli Lilly and Company's* ANSWER to Complaint with Jury Demand by ELI LILLY AND COMPANY, DART INDUSTRIES, INC.. Related document: 1 Complaint filed by KATHERINE LAGOR,, TIMOTHY LAGOR,, EMILY GRACE LAGOR,.(Laird, Emily) (Entered: 12/11/2006) |
| 12/11/2006 | 7 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELI LILLY AND COMPANY, DART INDUSTRIES, INC. (Laird, Emily) (Entered: 12/11/2006) |
| 12/13/2006 | 8 | ANSWER to Complaint by DART INDUSTRIES, INC.. Related document: 1 Complaint filed by KATHERINE LAGOR,, TIMOTHY LAGOR,, EMILY GRACE LAGOR,.(Anderson, John) (Entered: 12/13/2006) |
| 12/13/2006 | 9 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by DART INDUSTRIES, INC. (Anderson, John) (Entered: 12/13/2006) |
| 12/18/2006 | 10 | NOTICE of Appearance by Michelle R. Mangrum on behalf of ELI LILLY AND COMPANY (Mangrum, Michelle) (Entered: 12/18/2006) |

| | | |
|---|---|---|
| 12/18/2006 | 11 | NOTICE of Appearance by John Chadwick Coots on behalf of ELI LILLY AND COMPANY (Coots, John) (Entered: 12/18/2006) |
| 12/18/2006 | 12 | NOTICE of Appearance by Emily J. Laird on behalf of ELI LILLY AND COMPANY (Laird, Emily) (Entered: 12/18/2006) |
| 12/21/2006 | 13 | ORDER setting the initial scheduling conference for 1/22/2007 at 9:00 AM before Judge John D. Bates. Signed by Judge John D. Bates on 12/21/2006. (lcjdb1) (Entered: 12/21/2006) |
| 01/03/2007 | | MINUTE ORDER: Upon consideration of the parties' consent request to reschedule the Initial Scheduling Conference, it is hereby ORDERED that the Initial Scheduling Conference set for January 22, 2007 at 9:00 a.m. is TERMINATED; and it is further ORDERED that the Initial Scheduling Conference in this matter is set for January 25, 2007 at 9:00 a.m. SO ORDERED. Signed by Judge John D. Bates on 1/3/2007. (lcjdb1) (Entered: 01/03/2007) |
| 01/03/2007 | | (Court only) ***Deadlines terminated. (lcjdb1) (Entered: 01/03/2007) |
| 01/03/2007 | | Set/Reset Hearings: Initial Scheduling Conference set for 1/25/2007 at 9:00 AM before Judge John D. Bates. (lcjdb1) (Entered: 01/03/2007) |
| 01/03/2007 | 14 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Levine, Aaron) (Entered: 01/03/2007) |
| 01/25/2007 | 15 | SCHEDULING ORDER: Amended Pleadings due by 3/22/2007. Discovery due by 10/19/2007. Dispositive Motions due by 11/19/2007. Response to Dispositive Motions due by 12/19/2007. Reply to Dispositive Motions due by 1/2/2008. Joinder of Parties due by 3/22/2007. Plaintiff Rule26a2 due by 6/21/2007. Defendant Rule 26a2 due by 8/20/2007. Status Conference set for 10/23/2007 at 9:00 AM before Judge John D. Bates. Signed by Judge John D. Bates on 1/25/2007. (lcjdb1) (Entered: 01/25/2007) |
| 01/25/2007 | | Minute Entry Initial Scheduling Conference held on 1/25/2007 before Judge John D. Bates : SEE SCHEDULING ORDER ENTERED TODAY FOR DETAILS. (Court Reporter Bryan Wayne.) (tb, ) (Entered: 01/25/2007) |
| 03/28/2007 | 16 | MOTION to Transfer Case *to the District of Massachusetts* by KATHERINE LAGOR, TIMOTHY LAGOR, EMILY GRACE LAGOR (Attachments: # 1 Affidavit Authenticating Documents# 2 Appendix No. 1# 3 Appendix No. 2# 4 Appendix No. 3# 5 Appendix No. 4# 6 Text of Proposed Order Transferring Case to the District of Massachusetts at Boston)(Levine, Aaron) (Entered: 03/28/2007) |
| 04/09/2007 | 17 | MOTION to Transfer Case *to the District of Rhode Island* by ELI LILLY AND COMPANY (Attachments: # 1 Exhibit Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Transfer to the District of Massachusetts and In Support of Defendant Eli Lilly and Company's Motion to Transfer to the District of Rhode Island# 2 Exhibit 1 to |

| | | |
|---|---|---|
| | | Memorandum of Points and Authorities# 3 Exhibit Attachment A# 4 Exhibit Attachment B# 5 Exhibit Attachment C# 6 Exhibit 2 to Memorandum of Points and Authorities# 7 Exhibit 3 to Memorandum of Points and Authorities# 8 Text of Proposed Order)(Laird, Emily) (Entered: 04/09/2007) |
| 04/13/2007 | 18 | Memorandum in opposition to re 17 MOTION to Transfer Case *to the District of Rhode Island* filed by KATHERINE LAGOR, TIMOTHY LAGOR, EMILY GRACE LAGOR. (Attachments: # 1 Text of Proposed Order Denying Transfer to the District of Rhode Island and Transferring to the District of Massachusetts)(Levine, Aaron) (Entered: 04/13/2007) |
| 04/24/2007 | 19 | REPLY to opposition to motion re 17 MOTION to Transfer Case *to the District of Rhode Island* filed by ELI LILLY AND COMPANY. (Laird, Emily) (Entered: 04/24/2007) |
| 05/08/2007 | 20 | NOTICE of Appearance by Judith L. O'Grady on behalf of ELI LILLY AND COMPANY (O'Grady, Judith) (Entered: 05/08/2007) |
| 05/08/2007 | 21 | STIPULATION of Dismissal *of Dart Industries, Inc. with Prejudice* by DART INDUSTRIES, INC.. (Anderson, John) (Entered: 05/08/2007) |
| 05/08/2007 | | (Court only) *** Party DART INDUSTRIES, INC. terminated. (lc, ) (Entered: 05/09/2007) |
| 06/18/2007 | 22 | ORDER denying 16 plaintiffs' motion to transfer case to the District of Massachusetts, and granting 17 defendant's motion to transfer case to the District of Rhode Island. Signed by Judge John D. Bates on 6/18/2007. (lcjdb1) (Entered: 06/18/2007) |
| 06/18/2007 | 23 | MEMORANDUM OPINION accompanying 22 Order denying plaintiffs' motion to transfer and granting defendant's motion to transfer. Signed by Judge John D. Bates on 6/18/2007. (lcjdb1) (Entered: 06/18/2007) |
| 06/18/2007 | | (Court only) ***Civil Case Terminated. (lcjdb1) (Entered: 06/18/2007) |
| 08/07/2007 | | Case transferred out to the USDC of RI, pursuant to Court Order entered 6/18/2007. Sent to Court by E-Mail. (lc, ) (Entered: 08/07/2007) |