IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATHERINE LAGOR and TIMOTHY LAGOR, Individually And as Parents, Guardians and Next Friends of EMILY GRACE LAGOR, a Minor | : | |
| | : | C.A. No. 07-295-ML |
| v. | : | |
| ELI LILLY AND COMPANY and DART INDUSTRIES, INC., a successor to REXALL DRUG COMPANY, INC. | : | |

**NOTICE OF APPEARANCE**

Patricia K. Rocha of Adler Pollock & Sheehan P.C. hereby enters her appearance on behalf of Defendant, Eli Lilly and Company, in the above-entitled matter.

/s/ Patricia K. Rocha
PATRICIA K. ROCHA, #2793
procha@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: August 20, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2007, I served a true copy of the within Notice of Appearance via first class mail, postage prepaid**,** on the following counsel of record:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

Brandon J. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

Renee Lynne Robinson-Meyer, Esq.
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

Steven Jay Lewis, Esq.
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

Emily Laird, Attorney
Shook, Hardy & Bacon LLP
Hamilton Square
600 14th Street, NW, Suite 800
Washington, DC 20005-2004

John Chadwick Coots, Esq.
Shook, Hardy & Bacon LLP
Hamilton Square
600 14th Street, NW, Suite 800
Washington, DC 20005-2004

Judith L. O'Grady, Attorney
Shook, Hardy & Bacon LLP
Hamilton Square
600 14th Street, NW, Suite 800
Washington, DC 20005-2004

Michelle R. Mangrum, Attorney
Shook, Hardy & Bacon LLP
Hamilton Square
600 14th Street, NW, Suite 800
Washington, DC 20005-2004

/s/ Patricia K. Rocha

*426233_1.doc*