**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| KATHERINE LAGOR and | : | |
| TIMOTHY LAGOR, Individually | : | |
| And as Parents, Guardians and Next | : | |
| Friends of EMILY GRACE LAGOR, a | : | |
| Minor, | : | |
| Plaintiffs, | : | |
| vs. | : | C.A. No. 07-295 (ML) |
| | : | |
| ELI LILLY AND COMPANY, | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE**

Heather M. Bonnett of Mandell, Schwartz & Boisclair hereby enters her appearance on behalf of Plaintiffs Katherine Lagor and Timothy Lagor, individually and as parents, guardians and next friends of Emily Grace Lagor, a minor.

/s/ Heather M. Bonnett
HEATHER M. BONNETT (#7098)
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, Rhode Island 02903
Tel: 401-273-8330
Fax: 401-751-7830
hbonnett@msb-atty.com

Dated: September 6, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September, 2007, I served a true copy of the within Notice of Appearance via email and/or via first class mail, postage prepaid**,** on the following counsel of record:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 19th Street, NW, Suite 500
Washington, DC 20036

Renee Lynne Robinson-Meyer, Esq.
Aaron M. Levine & Associates, P.A.
aaronlevinelaw@aol.com

Brandon J. Levine, Esq.
Aaron M. Levine & Associates, P.A.
levbran@aol.com

Steven Jay Lewis, Esq.
Aaron M. Levine & Associates, P.A.
slewis@aaronlevinelaw.com

Emily Laird, Esq.
Shook, Hardy & Bacon LLP
elaird@shb.com

John Chadwick Coots, Esq.
Shook, Hardy & Bacon LLP
jcoots@shb.com

Judith L. O'Grady, Esq.
Shook, Hardy & Bacon LLP
jogrady@shb.com

Michelle R. Mangrum, Esq.
Shook, Hardy & Bacon LLP
mmangrum@shb.com

Patricia Rocha, Esq.
Adler, Pollock & Sheehan P.C.
procha@apslaw.com

John A. Tarantino
Adler, Pollock & Sheehan P.C.
jtarantino@apslaw.com

/s/ Heather M. Bonnett