UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Katherine Lagor, et al.
Plaintiff(s)

v.

Dkt. No. 07-cv-00295-ML-DLM

Eli Lilly and Company
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/~~Defendant~~ Katherine & Timothy Lagor hereby moves that Aaron M. Levine be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Heather M. Bonnett, Esq.
Mandell, Schwartz & Boisclair, Ltd.
One Park Row
Providence, RI 02903

(Plaintiff/~~Defendant~~)

By:
Bar ID No. #7098
Address: One Park Row, Providence, RI 02903

Heather M Bonnett

DATED: September 17, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of District of Columbia and Maryland and of the following Federal District Court and/or Court of Appeals Bar(s) District of Columbia & Maryland, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

Form 1 (cont'd)

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Aaron M. Levine DC#7864
Print Name State Bar ID #

Aaron M. Levine & Associates
Firm Name

1320 19th Street, N.W., Suite 500
Business Address

Washington, DC 20036

202-833-8040
Tel. #

202-833-8046
Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Heather M. Barnett 7098
Print Name RI Bar ID #

Mandell, Schwartz, & Boisclair
Firm and Business Address

One Park Row
Providence, RI 02903

Tel. # 401-273-8330 Fax # 401-751-7830

## ORDER

This is motion
hereby ______

______
District Judge

Date: