UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

KATHERINE LAGOR and
TIMOTHY LAGOR, Individually
And as Parents, Guardian and Next
Friends of EMILY GRACE LAGOR, a
Minor
Plaintiff(s)

v.

Dkt. No. C.A. No. 07-295-ML

ELI LILLY AND COMPANY and
DART INDUSTRIES, INC., a successor
to REXALL DRUG COMPANY, INC.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Eli Lilly and Company hereby moves that Michelle R. Mangrum be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Eli Lilly and Company
(Defendant)

By: John A. Tarantino
Bar ID no. 2586
Address: Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

DATED: 10/16/2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Missouri and the District of Columbia and of the following Federal District Court and/or Court of Appeals Bars(s) U.S. District Court for the Eastern District of Michigan, Tenth Circuit Court of Appeals, Sixth Circuit Court of Appeals, and U.S. District Court for the District of Columbia, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstance that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Michelle R. Mangrum (signature)
Signature of *Pro Hac Vice* Applicant

Michelle R. Mangrum — 473634
Print Name — State Bar ID#

Shook, Hardy & Bacon, LLP
Firm Name

600 14th Street, NW, Suite 800
Business Address

Washington, DC 20005

202-783-8400
Tel.#

202-783-4211
Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the Requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

John A. Tarantino (signature)
Signature of Local Counsel

John A. Tarantino
Print Name RI Bar ID #2586

Adler Pollock & Sheehan, P.C.
Firm and Business Address

One Citizens Plaza, 8th Floor

Providence, RI 02903

Tel.# 401-274-7200 Fax # 401-751-0604

---

**ORDER**

This is motion
hereby________________________________________

__________________________
District Judge

Date: