**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| KATHERINE LAGOR and TIMOTHY LAGOR, Individually, and as Parents, Guardians and Next Friends of E.G.L., a Minor, | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 07-295-ML |
| ELI LILLY AND COMPANY, | : | |
| Defendant. | : | |

**PLAINTIFFS' STATEMENT OF CLAIMS**

COME NOW the Plaintiffs, by and through counsel, pursuant to this Court's Notice of Pretrial Conference, and hereby submit their Statement of Claims:

This is a products liability/personal injury case arising from Plaintiff Katherine Lagor's in utero exposure to diethylstilbestrol ("DES"), a synthetic estrogen which was manufactured, marketed, sold, promoted and distributed by Defendant Eli Lilly and Company in 1954-1955 to said plaintiff's mother for the purpose of preventing miscarriage.

Plaintiff Katherine Lagor claims that as a result of her in utero exposure to DES, she has suffered injuries, including but not limited to the following:

- reproductive tract malformations resulting in infertility and the inability to carry a pregnancy to term;
- the premature birth of the minor plaintiff with her resultant injuries and sequella of prematurity, including but not limited to, cerebral palsy with concomitant medical and surgical expenses;

- medical expenses for care and treatment;
- physical and mental pain and suffering; and
- the inability to have the family she desired.

Plaintiffs aver that the Defendant is liable for said injuries based on negligence, strict liability, breach of warranty, and misrepresentation.

Plaintiff Timothy Lagor claims for loss of consortium.

Plaintiffs contend that the District of Columbia's Statute of Limitations applies under *Ferens v. John Deere Co.*, 494 U.S. 516 (1990).

Respectfully submitted,
MANDELL SCHWARTZ & BOISCLAIR

/s/ Heather M. Bonnett
HEATHER M. BONNETT (#7098)
One Park Row
Providence, Rhode Island 02903
Telephone: 401-273-8330
Facsimile: 401-751-7830
hbonnett@msb-atty.com

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W. Suite 500
Washington, DC 20036
Telephone: 202-833-8040
Facsimile: 202-833-8046
aaronlevinelaw@aol.com

Dated: December 11, 2007

PRETRIAL CONFERENCE: DECEMBER 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document was sent via email and/or facsimile to the following counsel of record on the 11th day of December, 2007.

**Aaron M. Levine**
aaronlevinelaw@aol.com

**Brandon J. Levine**
levbran@aol.com

**Renee Lynne Robinson-Meyer**
aaronlevinelaw@aol.com

**Steven Jay Lewis**
slewis@aaronlevinelaw.com

**Emily Laird**
elaird@shb.com

**John Chadwick Coots**
jcoots@shb.com

**John A. Tarantino**
jtarantino@apslaw.com

**Judith L. O'Grady**
jogrady@shb.com

**Michelle R. Mangrum**
mmangrum@shb.com

**Patricia K. Rocha**
procha@apslaw.com

**Ericka L. Kleiman**
Shook, Hardy & Bacon LLP
600 14th Street, N.W.
Suite 800
Washington, DC 20005
Fax: 202-783-4211

/s/ Heather M. Bonnett